BARTON *et al. v.* UNION SAVINGS BANK AND TRUST COMPANY.

LITTLE, J. The evidence fully warranted the finding for the plaintiff, and for the establishment of special lien against the land for the amount of the judgment.
*Judgment affirmed. All the Justices concurring, except Simmons, C. J., and Cobb, J., absent.*

Submitted February 6,— Decided February 28, 1901.

　Complaint. Before Judge Nottingham. City court of Macon. April 23, 1900.

　*Hardeman & Moore,* for plaintiffs in error.
　*Steed & Ryals,* contra. .